## Case No. 4,231.

### DYSON v. WHITE.

[1 Cranch, C. C. 359.] [1]

Circuit Court, District of Columbia. Nov. Term, 1806.

Mr. Youngs, for plaintiff [Dyson's administrator],

THE COURT refused the attachment, because there did not appear to be a personal service of the order to pay the costs, or of the entry on the minutes, and because the bill of costs did not state the particulars. The clerk stated that it was not the practice in the court to issue attachments in such cases, but the costs awaited the event of the cause. It also seemed to be the practice, that a rule to show cause why an attachment should not issue, should be granted.

[1] [Reported by Hon. William Cranch, Chief Judge.]